UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 16-CV-23316-JAL

CARLOS J. SANTAMARIA and
MAYRA C. SANTAMARIA,

      Plaintiffs,

v.

COMMODORE CLUB SOUTH, INC.,
BECKER & POLIAKOFF, P.A., and
SHARMA & ASSOCIATES, INC.

      Defendants.

_____/

COMMODORE CLUB SOUTH, INC.

      Counter-Plaintiff,

v.

CARLOS J. SANTAMARIA,

      Counter-Defendant.

_____/

## COUNTER-PLAINTIFF'S NOTICE OF ACCEPTANCE OF COUNTER-DEFENDANT'S RULE 68 OFFER OF JUDGMENT

      Counter-Plaintiff, Commodore Club South, Inc., hereby accepts Counter-Defendant, Carlos Santamaria's ("Santamaria") Offer of Judgment filed on January 18, 2017 pursuant to Federal Rule of Civil Procedure 68. Santamaria's Offer of Judgment is attached hereto as exhibit "**A**." A proposed Judgment is attached hereto as Exhibit "**B**."

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, I electronically served the foregoing document via electronic mail to all parties. I also certify that the foregoing document is being serves this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully Submitted,

PEREZ & RODRIGUEZ, P.A.
*Counsel for the Commodore Club South, Inc. in
connection with Counterclaim only*
95 Merrick Way, Suite 600
Coral Gables, FL 33134
Office: (305) 667-9878
jrodriguez@prmiamilaw.com
fmunoz@prmiamilaw.com

By: *s/ Javier J. Rodriguez*          .
    Javier J. Rodriguez, Esq.
    Florida Bar No. 827347
    Freddy Muñoz, Esq.
    Florida Bar No. 108242

## SERVICE LIST

**Thais Hernandez, Esq.**
The Law Firm of Thais Hernandez, P.A.
8004 N.W. 154 Street, Suite 414
Miami Lakes, Florida 33016
thernandezlaw@bellsouth.net
*Attorney for Plaintiffs*

**Angel Castillo, Jr., Esq.**
Demahy, Labrador & Drake, P.A.
806 Douglas Road, 12th Floor
Coral Gables, Florida 33134
acastillo@dldlawyers.com
*Attorney for Defendant Sharma & Associates, Inc.*

**James K. Parker, Esq.**
Boyd Richards Parker & Colonnelli, P.L.
100 S.E. Second Street, Suite 2600
Miami, Florida 33131
jparker@boydlawgroup.com
*Attorneys for Defendant Becker & Poliakoff, P.A.*

**Javier Rodriguez, Esq.**
**Freddy Muñoz, Esq.**
Perez & Rodriguez, P.A.
95 Merrick Way, Suite 600
Coral Gables, FL 33134
Office: (305) 667-9878
jrodriguez@prmiamilaw.com
fmunoz@prmiamilaw.com
*Counsel for the Commodore Club South, Inc. in connection with Counterclaim only*

**Ramy P. Elmasri, Esq.**
relmasri@florida-law.com
rpefiling@florida-law.com
ramyelmasri@aol.com
**Adam Davis, Esq.**
adavis@florida-law.com
chomme@florida-law.com
dhorn@florida-law.com
Vernis & Bowling of Miami, P.A.
1680 N.E. 135th Street
Miami, FL 33181
Tel: (305) 895-3035
*Attorneys for Carlos Santamaria in connection with Counterclaim only*



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 1:16-cv-23316-JAL

CARLOS J. SANTAMARIA, and
MAYRA C. SANTAMARIA,

      Counter-Defendant,

vs.

COMMODORE CLUB SOUTH, INC.,
BECKER & POLIAKOFF, P.A. and
SHARMA & ASSOCIATES, INC.,

      Counter-Plaintiff.

---

### COUNTER-DEFENDANT'S NOTICE OF SERVICE
### OF RULE 68 OFFER OF JUDGMENT

---

      Counter-Defendant, CARLOS J. SANTAMARIA., (hereafter "Counter-Defendant"), by and through his undersigned counsel, hereby gives notice of serving Counter-Plaintiff, COMMODORE CLUB SOUTH, INC., with a Rule 68 Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 on this 18th day of January, 2017.

      Respectfully submitted,

      */ s / Ramy P. Elmasri*

      Ramy P. Elmasri, Esq.
      Florida Bar No. 0083370
      Adam Davis, Esq.
      Florida Bar No. 0120086

Santamaria, Carlos, et. al. v. Commodore Club South, Inc., et. al.
Case No. 1:16-cv-23316-JAL

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Vernis & Bowling of Miami, P.A.**
1680 N.E. 135th Street
Miami, FL 33181
Tel:    305-895-3035
Fax:    305-892-1260

*/ s / Ramy P. Elmasri*
By:_____
        Ramy P. Elmasri, Esq.
        Florida Bar No. 0083370
        relmasri@florida-law.com
        rpefiling@florida-law.com
        ramyelmasri@aol.com
        Adam Davis, Esq.
        Florida Bar No. 0120086
        adavis@florida-law.com
        chomme@florida-law.com
        dhorn@florida-law.com

Santamaria, Carlos, et. al. v. Commodore Club South, Inc., et. al.
Case No. 1:16-cv-23316-JAL

## SERVICE LIST

Thais Hernandez, Esq.
Thais Hernandez, P.A.
8004 N.W. 154th Street, Suite 414
Miami Lakes, FL 33016
thernandezlaw@bellsouth.net

Javier J. Rodriguez, Esq.
Freddy Munoz, Esq.
Perez & Rodriguez, P.A.
95 Merrick Way, Suite 600
Coral Gables, FL 33134
jrodriguez@prmiamilaw.com
fmunoz@prmiamilaw.com

Peter F. Valori, Esq.
Damiam & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
pvalori@dvllp.com
aleonard@dvllp.com
gmaulini@dvllp.com

James K. Parker, Esq.
Boyd Richards Parker & Colonnelli, P.L.
100 S.E. Second Street, Suite 2600
Miami, FL 33131
jparker@boydlawgroup.com

Angel Castillo, Jr., Esq.
DLD Lawyers
806 Douglas Road, 12th Floor
Coral Gables, FL 33134
acastillo@dldlawyers.com

RPE/EMG/AD/mm
1459-160305

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-cv-23316-JAL

CARLOS J. SANTAMARIA, and
MAYRA C. SANTAMARIA,

      Counter-Defendant,

vs.

COMMODORE CLUB SOUTH, INC.,
BECKER & POLIAKOFF, P.A. and
SHARMA & ASSOCIATES, INC.,

      Counter-Plaintiff.

_____

## COUNTER-DEFENDANT'S RULE 68 OFFER OF JUDGMENT

      Counter-Defendant, CARLOS J. SANTAMARIA., (hereafter "Counter-Defendant"), by and through the undersigned counsel, hereby makes the following offer of judgment pursuant to Federal Rule of Civil Procedure 68:

      1.     COMMODORE CLUB SOUTH, INC. ("Counter-Plaintiff") asserts claims against Counter-Defendant for conversion, unjust enrichment and breach of fiduciary duty.

      2.     Counter-Defendant makes this offer more than ten days prior to trial.

      3.     Counter-Defendant hereby offers to allow entry of judgment against him, for $9,175.59.

      4.     Counter-Defendant's offer is unconditional and is made to fully and finally resolve all claims against Counter-Defendant by Counter-Plaintiff arising out of, alleged in, or

<u>Santamaria, Carlos, et. al. v. Commodore Club South, Inc., et. al.</u>
Case No. 1:16-cv-23316-JAL

related to, the facts and transactions asserted in the Amended Counterclaim in the United States

District Court, Southern District of Florida, Miami Division, Case No 1:16-cv-23316-JAL.

5.    This Offer of Judgment includes any and all claims for damages, attorneys' fees,

and costs. Thus, the sum of Nine Thousand One Hundred and Seventy Five Dollars and Fifty-

Nine cents ($9,175.59) represents the entire and total amount to be paid to Counter-Plaintiff in

settlement of any of its claims against Counter-Defendant, and no further sums are to be paid by

Counter-Defendant to Counter-Plaintiff.

6.    Counter-Defendant's Offer of Judgment will remain open and irrevocable for ten

days after service on Counter-Plaintiff.

7.    If Counter-Plaintiff does not accept this offer, it may become obligated to pay

Counter-Defendant's costs incurred after the making of this offer.

8.    If Counter-Plaintiff does not accept this offer in writing within ten (10) days of

service, Counter-Defendant's offer shall be deemed withdrawn in accordance with Fed. R. Civ.

P. 68(b).

9.    This offer is not an admission of liability by the Counter-Defendant, but rather is

made solely for the purposes of compromising disputed claims asserted by Counter-Plaintiff.

Respectfully submitted,

*/ s / Ramy P. Elmasri*
_____
Ramy P. Elmasri, Esq.
Florida Bar No. 0083370
Adam Davis, Esq.
Florida Bar No. 0120086

Santamaria, Carlos, et. al. v. Commodore Club South, Inc., et. al.
Case No. 1:16-cv-23316-JAL

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2017, I electronically served the foregoing document via electronic mail to all parties.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Vernis & Bowling of Miami, P.A.
1680 N.E. 135th Street
Miami, FL 33181
Tel:    305-895-3035
Fax:    305-892-1260

/ s / *Ramy P. Elmasri*
By:_____
       Ramy P. Elmasri, Esq.
       Florida Bar No. 0083370
       relmasri@florida-law.com
       rpefiling@florida-law.com
       ramyelmasri@aol.com
       Adam Davis, Esq.
       Florida Bar No. 0120086
       adavis@florida-law.com
       chomme@florida-law.com
       dhorn@florida-law.com

-3-

Santamaria, Carlos, et. al. v. Commodore Club South, Inc., et. al.
Case No. 1:16-cv-23316-JAL

## SERVICE LIST

Thais Hernandez, Esq.
Thais Hernandez, P.A.
8004 N.W. 154th Street, Suite 414
Miami Lakes, FL 33016
thernandezlaw@bellsouth.net

Javier J. Rodriguez, Esq.
Freddy Munoz, Esq.
Perez & Rodriguez, P.A.
95 Merrick Way, Suite 600
Coral Gables, FL 33134
jrodriguez@prmiamilaw.com
fmunoz@prmiamilaw.com

Peter F. Valori, Esq.
Damiam & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
pvalori@dvllp.com
aleonard@dvllp.com
gmaulini@dvllp.com

James K. Parker, Esq.
Boyd Richards Parker & Colonnelli, P.L.
100 S.E. Second Street, Suite 2600
Miami, FL 33131
jparker@boydlawgroup.com

Angel Castillo, Jr., Esq.
DLD Lawyers
806 Douglas Road, 12th Floor
Coral Gables, FL 33134
acastillo@dldlawyers.com

RPE/EMG/AD/mm
1459-160305



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 16-CV-23316-JAL

CARLOS J. SANTAMARIA and
MAYRA C. SANTAMARIA,

      Plaintiffs,

v.

COMMODORE CLUB SOUTH, INC.,
BECKER & POLIAKOFF, P.A., and
SHARMA & ASSOCIATES, INC.

      Defendants.
_____/

COMMODORE CLUB SOUTH, INC.

      Counter-Plaintiff,

v.

CARLOS J. SANTAMARIA,

      Counter-Defendant.

_____/

**<u>PROPOSED FINAL JUDGMENT</u>**

THIS CAUSE having come before the Court on Counter-Defendant, Carlos Santamaria's,

Rule 68 Offer of Judgment, and Counter-Plaintiff's, Commodore Club South, Inc's, acceptance

of the same, it is:

ORDERED AND ADJUDGED that a Final Judgment is hereby entered in favor of

Counter-Plaintiff, Commodore Club South, Inc, whose address is: 199 Ocean Ln Dr., Key

Biscayne, FL 33149, and against Counter-Defendant, Carlos Santamaria, whose address is: 199

Ocean Ln. Dr. #314, Key Biscayne, FL 33149, in the amount of Nine Thousand One Hundred

and Seventy Five Dollars and Fifty Nine Cents ($9,175.59), for which sums let execution issue.

DONE AND ORDERED in Miami-Dade County, Florida this _____ day of January,

2017.


_____

**Judge Joan A. Lenard**